# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ARTHUR GUNNINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>NATASHA TUBIG, on behalf of The Natasha Tubig Living Trust, also known as Natasha Le Tubig; and JANE LE, on behalf of the Natasha Le Tubig Living Trust,<br><br>Defendants. | Case No.: 23-cv-1462-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

The matter before the Court is the recent docket entry indicating Plaintiff's mail has been "returned as undeliverable." (ECF No. 24.)

On July 26, 2024, the Court issued an Order (the "July 26th Order") granting Defendants' Motion to Dismiss the First Amended Complaint without prejudice. (ECF No. 21.) The Order gave Plaintiff twenty-one days in which to file a second amended complaint and stated that "[i]f no amended complaint is filed, the Court will direct the Clerk of the Court to close this case." *Id.* at 5. On September 17, 2024, the Court issued an Order (the "September 17th Order") directing the Clerk of the Court to close the case, "[b]ecause more than twenty-one days ha[d] elapsed, and the docket reflect[ed] that no amended complaint ha[d] been filed." (ECF No. 22.)

On October 1, 2024, the Court received notice that Plaintiff's mail had been returned as undeliverable regarding the September 17th Order. (ECF No. 24.)

It appears Plaintiff may not have received any filings submitted on or after June 6, 2024. Because it is possible that Plaintiff did not receive either the July 26th Order or the September 17th Order, the Court will grant Plaintiff additional time to respond to the July 26th Order.

IT IS HEREBY ORDERED that no later than twenty-one (21) days from the date this Order is entered, Plaintiff may file a second amended complaint that addresses the deficiencies identified in the July 26th Order. If no amended complaint is filed within twenty-one (21) days, the Court will direct the Clerk of the Court to close this case.

The Clerk of the Court shall mail a copy of this Order and the July 26th Order (ECF No. 21) to Plaintiff's new address. (*See* ECF No. 17 at 1.) Plaintiff is reminded that the Court's local rules require all litigants to notify the Court of any change of address. *See* S.D. Cal. Civ. R. 83.11(b).

Dated: October 16, 2024

Hon. William Q. Hayes
United States District Court